1107-15
1108-15

# ELECTRONIC RECORD

COA # 10-14-00140-CR

OFFENSE: Poss With Intent to Deliver a Controlled Substance

STYLE: James Kenneth Keels, Jr. v. The State of Texas

COUNTY: Navarro

TRIAL COURT: County Court at Law
TRIAL COURT #: C-34828-CR
TRIAL COURT JUDGE: Hon. Amanda Doan Putman
DISPOSITION: AFFIRMED

_____ MOTION
FOR REHEARING IS: _____
DATE: _____
JUDGE: _____

DATE: July 30, 2015

JUSTICE: Davis                    PC _____ S YES
PUBLISH: _____          DNP: YES _____

CLK RECORD: 6/27/2014          SUPP CLK RECORD: _____
RPT RECORD: 9/5/2014           SUPP RPT RECORD: _____
STATE BR: 2/2/2015             SUPP BR: _____
APP BR: 12/16/2014            PRO SE BR: _____

1107-15
1108-15

# IN THE COURT OF CRIMINAL APPEALS

ELECTRONIC RECORD

CCA # _____ **1108-15**

----------------

**PRO SE** _____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
_____ REFUSED _____
DATE: 11/18/2015
JUDGE: _Per Curiam_

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____     PC: _____
PUBLISH: _____     DNP: _____

----------------

_____ MOTION FOR REHEARING IN
CCA IS: _____ ON _____
JUDGE: _____

MOTION FOR STAY OF MANDATE IS:
_____ ON _____
JUDGE: _____